UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| NEW ORLEANS HAMBURGER & SEAFOOD COMPANY | CIVIL ACTION |
| VERSUS | NO: 20-1370 |
| STARR SURPLUS LINES INSURANCE COMPANY | SECTION: "G" |

### SHOW CAUSE ORDER

This case was filed May 4, 2020.[1] The defendant was served on May 18, 2020.[2] The defendant has not made an appearance.

Accordingly, **IT IS ORDERED** that the plaintiff show cause on or before **August 31, 2020**, by written motion or memorandum, as is appropriate, to report the status thereof or show cause why the defendant should not be dismissed for plaintiff's failure to prosecute.

Failure to comply with this order may result in dismissal without further notice.

New Orleans, Louisiana this __6th__ day of August 2020.

_____
NANNETTE JOLIVETTE BROWN
CHIEF JUDGE
UNITED STATES DISTRICT COURT

---

[1] Rec. Doc. 1
[2] Rec. Doc. 6