UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **NEW ORLEANS HAMBURGER & SEAFOOD COMPANY** | * * * | **CIVIL ACTION NO.: 20-1370** |
|    **Plaintiff** | * * | **JUDGE: NANETTE JOLIVETTE BROWN** |
| **versus** | * * | |
| **STARR SURPLUS LINES INSURANCE COMPANY** | * * * | **MAG. KAREN WELLS ROBY** |
|    **Defendant** | * * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## NOTICE OF VOLUNTARY DISMISSAL, WITHOUT PREJUDICE, PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

**NOW INTO COURT,** through undersigned counsel, comes Plaintiff, New Orleans Hamburger & Seafood Company, who, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) voluntarily dismisses this case, without prejudice.

To date, Defendant has not filed an answer or a motion for summary judgment and as such Plaintiff has an absolute right to voluntarily dismiss the case without prejudice. *See Carter v. U.S.*, 547 F.2d 258 (5th Cir. 1977); *Taylor v. Carl E. Woodward, L.L.C.*, 2012 WL 3901627 (E.D. La. 9/7/12); *Trinity Yachts, LLC v. Thomas Rutherford, Inc.*, 2012 WL 397377 (E.D. La. 2/7/12); *Ricky's Diesel Service, Inc. v. M/V INSPIRATION,* 2002 WL 927796 (E.D. La. 5/7/02).

Respectfully submitted,

____s/Joseph E. Cain_____
**STEPHEN J. HERMAN (La. Bar No. 23129)**
**BRIAN D. KATZ (La. Bar No. 24137)**
**SOREN E. GISLESON (La. Bar No. 26302)**
**JOSEPH E. "JED" CAIN  (La. Bar No. 29785)**
**JOHN S. CREEVY (La. Bar No. 30879)**
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone:  (504) 581-4892
Facsimile:  (504) 561-6024

**-AND-**

**ROBERT J. DILIBERTO (La. Bar No. 24783)**
Diliberto Law Firm
3636 S. I-10 Service Rd., Suite 210
Metairie, LA 70001
Telephone: (504) 828-1600
Robert@GetRJD.com